

# Fourth Court of Appeals
## San Antonio, Texas

February 12, 2019

No. 04-18-00872-CV

**IN THE INTEREST OF C. M. S, A CHILD,**

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-PA-01181
Honorable Richard Garcia, Judge Presiding

## O R D E R

On February 7, 2019, appellant's appointed counsel filed an amended *Anders* brief. Appointed counsel attached a certificate of counsel to his brief, stating he provided a copy of his brief and "a letter advising [P.G.B.] of her right to examine the entire appellate record for the purpose of filing a pro se brief." However, the statement provided by appointed counsel does not constitute proof to this court that he supplied appellant with a form motion to allow appellant pro se access to the appellate record.

In *Kelly v. State*, the Court of Criminal Appeals specifically stated that in *Anders* cases, in addition to appointed counsel's other duties, counsel must provide appellant with a form motion for purposes of requesting the record and inform appellant that "in order to effectuate his right to review the appellate record pro se, should he choose to invoke it, he must sign and date the motion and send it on to the court of appeals within ten days of the date of the letter from appellate counsel." 436 S.W.3d 313, 319-20 (Tex. Crim. App. 2014). Moreover, counsel must "notify the court of appeals, in writing" that he has supplied the appellant with a form motion for pro se access to the appellate record and the court's mailing address. *Id.*

Accordingly, we **ORDER** appellant's appointed counsel to file in this court **on or before February 19, 2019**, proof that: (1) he has supplied appellant with a form motion for pro se access to the appellate record; (2) advised appellant of this court's mailing address; and (3) advised appellant that should she desire access to the record for purposes of filing a pro se brief, she must sign, date, and send the motion for access to the record to this court within ten days of the date of her letter.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of February, 2019.



KEITH E. HOTTLE,
Clerk of Court